IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| MATTHEW AND PATRICIA MCTIGUE | ) |
| Plaintiffs | ) |
| v. | ) Civil Action No. WMN-02-CV-1411 |
| SEXTON CONTRACTORS, INC., et al | ) |
| Defendants | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

Having considered Plaintiffs' Motion for Leave to Amend the Amended Complaint, and finding it in the interests of justice to grant the Motion, it is this 16th day of August, 2002,

ORDERED, that leave to amend the Amended Complaint is hereby GRANTED.

William M. Nickerson
United States District Judge



3