IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MATTHEW MCTIGUE, <u>et al.</u>   :
:
v.                             :   Civil No. WMN-02-1411
:
SEXTON CONTRACTORS, INC.       :
  <u>et al.</u>                :

### MEMORANDUM AND ORDER

Plaintiffs have filed a motion for leave to file a third amended complaint to add two new defendants. According to Plaintiffs, these defendants are closely related to the defendants already named in this action. Defendants oppose the motion on the ground that the newly added defendants would be unfairly prejudiced as the discovery period, as set forth in this Court's current scheduling order, is about to expire. Plaintiffs counter that no depositions have yet to be taken, and that they would agree to an appropriate extension of the current deadlines.

For good cause shown, the motion will be granted.

Accordingly, IT IS this /7th day of October, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiffs' Motion for Leave to File Third Amended Complaint, Paper No. 15, is hereby GRANTED;

2. That the Third Amended Complaint is deemed filed



as of the date of this Order;

3. That the parties shall confer on an appropriate amended schedule and submit a joint proposal for the amendment of the scheduling order within 20 days of the date of this Order; and

4. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge