IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MATTHEW AND PATRICIA MCTIGUE | * | |
| Plaintiffs | * | |
| vs. | * | Case No.: WMN-02-CV-1411 |
| SEXTON CONTRACTORS, INC. *et al.* | * | |
| Defendants | * | |

\*\*\*\*\*\*\*

### AMENDED SCHEDULING ORDER

This scheduling order is being entered pursuant to Local Rule 103.9. **The schedule will not be changed except for good cause.**

#### I. DEADLINES

| | |
|---|---|
| Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered). | October 31, 2002 |
| Report re deposition hours | October 31, 2002 |
| Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | October 31, 2002 |
| Moving for joinder of additional parties and amendment of pleadings | December 2, 2002 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | December 17, 2002 |
| Defendant's Rule 26(a)(2) disclosures re experts | January 17, 2003 |

| | |
|---|---|
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | February 3, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | February 16, 2003 |
| **Discovery deadlines: submission of status report** | March 5, 2003 |
| Requests for admission | March 12, 2003 |
| **Dispositive pretrial motions deadline** | April 4, 2003 |

Date: 10/24/02

William M. Nickerson
Senior United States District Judge

cc: Matthew B. Ruble
Stephen S. Burgoon
Steven E. Leder

\\2KSERVER\users\susanne\Campbell 482\Pleadings\Scheduling Order.doc