IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MATTHEW MCTIGUE, et al.       :
                              :
v.                            :   Civil Action No. WMN-02-1411
                              :
SEXTON CONTRACTORS, INC. et al. :
                              :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 21st day of November, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants Sexton Contractors and Norman Sexton's Motion for Partial Summary Judgment, Paper No. 19, and Defendants John Campbell's Motion for Partial Summary Judgment, Paper No. 21, are hereby GRANTED;

2. That Counts I- IV and VIII of the Third Amended Complaint are DISMISSED; and

3. That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

William M. Nickerson
Senior United States District Judge