IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MATTHEW MCTIGUE, et al.       :
                              :
v.                            :   Civil Action No. WMN-02-1411
                              :
SEXTON CONTRACTORS, INC. et al.:
                              :

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 28th day of April, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiffs' Motion for Leave to File Surreply, Paper No. 34, is DENIED as Moot;

2. That Plaintiffs' Motion for Reconsideration, Paper No. 37, is DENIED;

3. That Defendant Sexton Contractors, LLC's Motion to Dismiss, Paper No. 33, is DENIED;

4. That Defendants Sexton Contractors, Inc. and Barbara Sexton's Motion to Dismiss, Paper No. 40, is DENIED;

5. That Defendants Sexton Contractors, Inc., Norman Sexton, Barbara Sexton, and Sexton Contractors, LLC's Motion to Dismiss, Paper No. 41, is DENIED;

6. That Plaintiff is granted 10 days from the date of this order in which to amend the complaint; and

7. That the Clerk of the Court shall mail or transmit

copies of the foregoing Memorandum and this Order to all counsel of record.

/s/

_____
William M. Nickerson
Senior United States District Judge