May 9, 2003

**BY ELECTRONIC FILING**

Ms. Shirley Franks
United States District Court for the District of Maryland
101 West Lombard Street
Suite 4415
Baltimore, Maryland 21201

        Re:    McTigue v. Sexton Contractors, Inc.
                  Case No. WMN-02-CV-1411.

Dear Ms. Franks:

      As you and I discussed this morning, we have now been able to file the highlighted version of the Fourth Amended Complaint. We filed the clean copy of that document yesterday; however, the file would not save as a PDF file when the highlighted changes were revealed. We have been able to correct that technical problem.

      Please let me know if you have any further questions.

                                  Sincerely,

                                  Stephen S. Burgoon

C:    Steven E. Leder, Esq.
      Matthew Ruble, Esq.