IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MATTHEW AND PATRICIA MCTIGUE | * |
| Plaintiffs | * |
| v. | *   Civil Action No. WMN 02CV1411 |
| SEXTON CONTRACTORS, INC., *et al.* | * |
| Defendants | * |

## BARBARA SEXTON'S ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT

Defendant Barbara Sexton ("Mrs. Sexton"), by her undersigned attorneys, in response to the Plaintiffs' Fourth Amended Complaint represents as follows:

1. The allegations contained in Paragraph 1 are legal conclusions for which a response is not required.

2. Mrs. Sexton admits the facts and matters alleged in Paragraph 2.

3. As to the facts and matters alleged in Paragraph 3, Mrs. Sexton admits that she and Mr. Sexton are residents of Frederick County, Maryland. Mrs. Sexton denies the remaining facts and matters alleged in Paragraph 3.

4. As to the facts and matters alleged in Paragraph 4, Mrs. Sexton admits that Defendant Sexton Contractors, LLC is a Maryland limited liability company formed on August 15, 2002. Mrs. Sexton denies the rest of the facts and matters set forth in Paragraph 4.

5. Mrs. Sexton admits the facts and matters alleged in Paragraph 5.

6. In response to the allegations of Paragraph 6, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

7. Mrs. Sexton denies the facts and matters set forth in Paragraphs 7, 8, 9, 10, 11, 12, 15, and 16.

8. Mrs. Sexton admits the facts and matters alleged in Paragraph 13, except she denies the allegations concerning the contract price.

9. Mrs. Sexton denies the allegations contained in Paragraphs 14 and 17 for lack of sufficient knowledge or information to form such a belief.

10. Mrs. Sexton admits the facts and matters alleged in Paragraphs 18.

11. Mrs. Sexton denies the allegation in Paragraphs 19 and 20.

## COUNT I
(Copyright Infringement - Defendants Norman and Barbara Sexton)

12. In response to the allegations of Paragraph 21, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

13. Mrs. Sexton denies each and every allegation contained in Paragraphs 22 through 24 of the Fourth Amended Complaint.

## COUNT II
(Copyright Infringement - Defendant Sexton Contractors)

14. In response to the allegations of Paragraph 24 (the second number 24 of the Fourth Amended Complaint), Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

15. Mrs. Sexton denies each and every allegation contained in Paragraphs 25 through 27 of the Fourth Amended Complaint.

## COUNT III
(Contributory Copyright Infringement - Defendants Norman and Barbara Sexton)

16. In response to the allegations of Paragraph 28, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

17. Mrs. Sexton denies each and every allegation contained in Paragraphs 29 through 32 of the Fourth Amended Complaint.

## COUNT IV
(Contributory Copyright Infringement - Defendant Sexton Contractors)

18. In response to the allegations of Paragraph 33, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

19. Mrs. Sexton denies each and every allegation contained in Paragraphs 34 through 37 of the Fourth Amended Complaint.

## COUNT V
(Breach of Contract - Defendant Sexton Contractors)

20. In response to the allegations of Paragraph 38, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

21. Mrs. Sexton denies each and every allegation contained in Paragraphs 39 through 42 of the Fourth Amended Complaint.

## COUNT VI
(Breach of Contract - Defendant Sexton Contractors)

22. In response to the allegations of Paragraph 43, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

23. Mrs. Sexton denies each and every allegation contained in Paragraphs 44 through 47 of the Fourth Amended Complaint.

## COUNT VII
(Unjust Enrichment - Defendant Sexton Contractors)

24. In response to the allegations of Paragraph 48, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

25. Mrs. Sexton denies each and every allegation contained in Paragraphs 49 through 52 of the Fourth Amended Complaint.

## COUNT VIII
(Contributory Copyright Infringement - Defendant Campbell)

26. In response to the allegations of Paragraph 53, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

27. Paragraphs 54 through 57 of the Fourth Amended Complaint are directed at another Defendant, and therefore, a response is not required by Mrs. Sexton.

## COUNT IX
(Alter Ego Liability - Defendant Sexton Contractors, LLC)

28. In response to the allegations of Paragraph 58, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

29.     Paragraphs 59 through 62 of the Fourth Amended Complaint are directed at another Defendant, and therefore, a response is not required by Mrs. Sexton.

### COUNT X
(Copyright Infringement - Defendant Sexton Contractors, LLC)

30.     In response to the allegations of Paragraph 63, Mrs. Sexton incorporates by reference her response to the preceding paragraphs.

31.     Paragraphs 64 through 66 of the Fourth Amended Complaint are directed at another Defendant, and therefore, a response is not required by Mrs. Sexton.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Fourth Amended Complaint fails to state a claim upon which relief can be granted against Mrs. Sexton.

### SECOND AFFIRMATIVE DEFENSE

Any and all rights, claims, actions or causes of action by Plaintiffs against Mrs. Sexton are barred by the appropriate preemptive period, or the appropriate statutory, prescriptive or limitations.

### THIRD AFFIRMATIVE DEFENSE

Any and all rights, claims, actions or causes of action by Plaintiffs are barred by the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

The copyright of the plans at issue is limited to the plans themselves and does not give the possessor of said plans the exclusive right to build the buildings or structures embodied in the plans.

## FIFTH AFFIRMATIVE DEFENSE

The copyright only extends to added material, not to pre-existing materials.

## SIXTH AFFIRMATIVE DEFENSE

The designs at issue were utilized in homes that were constructed or otherwise published before December 1, 1990 and, therefore, cannot be registered under Title 17.

## SEVENTH AFFIRMATIVE DEFENSE

The plans at issue lack originality.

## EIGHTH AFFIRMATIVE DEFENSE

Any and all rights, claims, actions or causes of action by Plaintiffs against Mrs. Sexton are barred by the Fair Use Doctrine.

## NINTH AFFIRMATIVE DEFENSE

Sexton Contractors is a trade name for a sole proprietorship owned by Norman Sexton, not a partnership between Norman and Barbara Sexton as alleged in Plaintiffs' Fourth Amended Complaint.  Therefore, Mrs. Sexton cannot be held liable for Sexton Contractors' alleged actions.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs failed to obtain the proper registration of the copyright and, therefore, can not bring a copyright infringement action.

## ELEVENTH AFFIRMATIVE DEFENSE

Any and all rights, claims, actions or causes of action by Plaintiffs against Mrs. Sexton are barred by waiver.

## TWELTH AFFIRMATIVE DEFENSE

Defendants had an implied nonexclusive license to use the plans which are subject to this lawsuit.

## PRAYER FOR RELIEF

Mrs. Sexton denies that Plaintiffs are entitled to the injunctive and monetary relief they seek.

## PRAYER FOR JURY TRIAL

Mrs. Sexton hereby requests a jury trial for this matter.


Respectfully submitted,


_____/s/_____
STEVEN E. LEDER
(Federal Bar No. 00377)
LEDER LAW GROUP, LLC.
Suite 101, 502 Washington Ave.
Baltimore, MD 21204
(443) 279-7900
*Attorney for Defendant,*
*Barbara Sexton*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of May, 2003, a copy of the foregoing Answer to Plaintiffs' Fourth Amended Complaint for Permanent Injunctions and Damages and Prayer for Jury Trial which was electronically filed, was also mailed first class, postage prepaid, to:

>Stephen S. Burgoon, Esquire
>Greber, Simms & Showers, LLP
>8 East 2nd Street
>Frederick, Maryland 21701
>*Counsel for Plaintiffs*
>
>Matt B. Ruble, Esquire
>One West Church Street
>Frederick, MD 21701
>*Attorneys for Defendant*
>*John Campbell*

                              /s/
                    STEVEN E. LEDER