IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MATTHEW AND PATRICIA MCTIGUE** | * |
| **Plaintiffs** | * |
| vs. | *    Case No.:  WMN-02-CV-1411 |
| **SEXTON CONTRACTORS, INC.** *et al.* | * |
| **Defendants** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE**

Please enter the appearance of Bethamy N. Beam as co-counsel with Matthew B. Ruble for the Defendant John Campbell in the captioned matter.

/s/
Bethamy N. Beam
Federal Bar No. 26025
Ruble & Weaver, P.A.
One W. Church Street
Frederick, MD 21701
301-698-5000

Attorney for Defendant, John Campbell

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of May, 2003, the foregoing Notice of Appearance was electronically filed with the U.S. District Court for the District of Maryland.

/s/
Bethamy N. Beam

\\2kserver\susanne\Campbell 482\Pleadings\Notice of Appearance of Bethamy N. Beam.doc