leder@lederlaw.com
**Direct Dial: (443) 279-7906**

August 5, 2003

<u>VIA ELECTRONIC FILING SYSTEM</u>
The Honorable William M. Nickerson
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

        RE:    McTigue v. Sexton Contractors, Inc., *et al.*
              Case No. WMN-02-CV-1411
              Claim No.: 52 19PR216056 112801
              <u>Our File: NWI-43582</u>

Dear Judge Nickerson:

      The parties, with the exception of Defendant John Campbell, in the above-referenced case agree that an early ADR conference before a United States Magistrate Judge would be useful. Therefore, the parties, other than Defendant John Campbell, respectfully request that this matter be referred to a Magistrate Judge for mediation.

      Thank you for your attention to this matter.

Respectfully submitted,


_____/s/_____
Stephen S. Burgoon
*Counsel for Plaintiffs*

_____/s/_____
Steven E. Leder
*Counsel for Sexton Contractors, Sexton Contractors, LLC, Norman Sexton, and Barbara Sexton*


cc:    James J. Hoefer
       Matthew Ruble, Esq.