leder@lederlaw.com
**Direct Dial: (443) 279-7906**

August 29, 2003

<u>VIA ELECTRONIC FILING SYSTEM</u>
The Honorable William M. Nickerson
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    RE: McTigue v. Sexton Contractors, Inc., *et al.*
       Case No. WMN-02-CV-1411
       Claim No.: 52 19PR216056 112801
       <u>Our File: NWI-43582</u>

Dear Judge Nickerson:

  This case has been referred to the Honorable Beth P. Gesner for mediation. However, in accordance with the Amended Scheduling Order issued on August 15, 2003, Defendants Sexton Contractors, Sexton Contractors, LLC, Norman Sexton and Barbara Sexton estimate that the depositions in this case will take approximately eighteen (18) hours if the parties are unsuccessful at mediation.

  Thank you for your attention to this matter.

Respectfully submitted,

   /s/
_____
Steven E. Leder
*Counsel for Sexton Contractors, Sexton Contractors, LLC, Norman Sexton, and Barbara Sexton*

cc: James J. Hoefer, Esquire
   Matthew Ruble, Esquire
   Stephen S. Burgoon, Esquire
   The Honorable Beth P. Gesner