# GREBER & BURGOON, P.C.

8 East 2nd Street ■ Suite 203 ■ Frederick, Maryland 21701 ■ (301) 696-9396 ■ Fax: (301) 696-9397 ■ www.gblaw.us

September 3, 2003

**VIA ELECTRONIC FILING**

The Honorable William M. Nickerson
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

       Re:   McTigue v. Sexton Contractors, Inc., et al.
              Case No.: WMN-02-CV-1411
              Claim No.: 52 19PR216056 112801
              <u>Our File: NWI-43582</u>

Dear Judge Nickerson:

      In response to Steven Leder's letter of August 29, 2003, we are in agreement that eighteen (18) hours would be needed to complete the depositions in this case.

                                      Sincerely,

                                      _____/s/_____
                                      Stephen S. Burgoon
                                      Counsel for Matthew McTigue

C:     Matthew Ruble, Esq.
        Steven E. Leder, Esq.