IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)


MATTHEW AND PATRICIA MCTIGUE          )
                                      )
        Plaintiffs                    )
                v.                    )
                                      )        Civil Action No. WMN-02-CV-1411
SEXTON CONTRACTORS, INC., et al.      )
                                      )
                                      )
        Defendants                    )

*************************************************************************

JOINT MOTION OF THE PLAINTIFFS AND THE SEXTON DEFENDANTS TO
AMEND SCHEDULING ORDER

COME NOW, the Plaintiffs and Defendants, Sexton Contractors, Inc., Sexton

Contractors, LLC, Norman Sexton, and Barbara Sexton (the "Sexton Defendants") by and

through their undersigned counsel, and request that this Honorable Court briefly extend the

present December 29, 2003 discovery deadline until February 15, 2004, and for cause state:

1.      These parties are scheduled to mediate this matter before Magistrate Judge

Gesner on December 10, 2003.  The parties believe that the case may resolve at that mediation.

2.      However, if the case does not resolve at mediation, the parties will need to

conduct additional discovery, including taking a number of depositions.  The parties believe that

it would be difficult to schedule and conduct these depositions during the holiday week just prior

to December 29, 2003.

3.      The parties believe that it would require only a brief extension for them to

schedule and conduct all depositions needed to complete discovery in this case.

4.      The parties would also request that the deadline for the filing of request for

admission be moved to February 20, 2004, and that the dispositive pre-trial motions deadline be extended until March 15, 2004.

5.      Because neither a pre-trial conference date nor a trial date has been set, the parties do not believe that this brief extension would affect any other scheduled dates in this case.

6.      Counsel to Defendant John Campbell has indicated that Mr. Campbell does not oppose this request.

7.      Counsel for the Sexton Defendants has authorized counsel for the Plaintiffs to sign and/or submit this Motion on their behalf.

WHEREFORE, the parties jointly request that this Honorable Court amend the Scheduling Order in this civil case.


_____/s/_____

Stephen Burgoon
Federal Bar No. 22207
Greber & Burgoon, P.C.
8 East Second Street, Suite 203
Frederick, Maryland 21701
(301) 696-9396
Attorney for Plaintiffs

_____/s/_____

Steven E. Leder
Leder Law Group, LLC
502 Washington Avenue, Suite 101
Baltimore, Maryland 21204
(443) 279- 7900
Attorney for Defendant Sexton Contractors, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2003, a copy of this Joint Motion to Amend Scheduling Order was electronically filed in this case, and that it was served by First Class U.S. Mail and electronic filing on Steven Leder, Leder Law Group, LLC, 502 Washington Avenue, Suite 101, Baltimore, Maryland 21204, attorney for the Sexton Defendants, and on Matthew Ruble, Ruble and Weaver, P.A., 1 West Church Street, Frederick, Maryland 21701, attorney for Defendant John Campbell.

_____/s/_____
Stephen Burgoon

MATTHEW AND PATRICIA MCTIGUE  )
              )
   Plaintiffs      )
      v.      )
              )   Civil Action No. WMN-02-CV-1411
SEXTON CONTRACTORS, INC., et al.  )
              )
              )
   Defendants

*****************************************************************************

## ORDER

   Having Considered the Joint Motion to Amend Scheduling Order, and finding it in the interests of justice to grant the Motion, August 15, 2003 Scheduling Order is hereby amended as follows:

   1.  The discovery deadline is extended to February 15, 2004.

   2.  The deadline for requests for admission is extended to February 20, 2004.

   3.  The deadline for the filing of dispositive pre-trial motions is extended to March 15, 2004.


             _____
             William M. Nickerson
             Senior United States District Judge